<u>UNPUBLISHED</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 97-4859

———————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

DMITRY BRON,

                              Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Raymond A. Jackson, District Judge. (CR-96-176)

———————

Submitted:  February 26, 1998          Decided:  June 2, 1998

———————

Before WILKINS, NIEMEYER, and HAMILTON, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Andrew Michael Sacks, SACKS & SACKS, Norfolk, Virginia, for Appellant.  Janet S. Reincke, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant filed an untimely notice of appeal. We dismiss the appeal for lack of jurisdiction. The time periods for filing notices of appeal are governed by Fed. R. App. P. 4. These periods are "mandatory and jurisdictional." Browder v. Director, Dep't of Corrections, 434 U.S. 257, 264 (1978) (quoting United States v. Robinson, 361 U.S. 220, 229 (1960)). A defendant appealing his criminal conviction must file his notice of appeal in the district court within ten days after the entry of the judgment. Fed. R. App. P. 4(b).

The district court entered its order on October 8, 1997. Appellant's notice of appeal was filed on October 30, 1997. Appellant's failure to file a timely notice of appeal or to obtain either an extension or a reopening of the appeal period leaves this court without jurisdiction to consider the merits of Appellant's appeal. We therefore dismiss the appeal. We grant Appellant's motion to extend time to file his response to the Government's motion to dismiss. We deny counsel's motion to withdraw, Appellant's motions to relieve counsel and to obtain copies of his presentence report and transcripts, and the Government's motion to dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.